PHILLIP A. TALBERT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-222 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE |
| v. | |
| RODRIGO MALIBIRAN, | COURT: Hon. Troy L. Nunley |
| Defendant. | |

### **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. On October 28, 2022, the United States filed an information charging the defendant with two counts of interstate transportation of stolen property, in violation of 18 U.S.C. § 2314.

2. On December 1, 2022, the defendant pled guilty to one count of interstate transportation of stolen property charged in the information, pursuant to a plea agreement.

3. This matter currently is set for sentencing on March 2, 2023.

4. To allow the parties sufficient time to prepare for sentencing, the parties jointly request that the Court continue the sentencing date to April 27, 2023, at 9:30 a.m. in Courtroom 2.

5. The parties also request that the Court amend the PSR disclosure schedule as follows:

|   |   |
|---|---|
| Reply or Statement of Non-opposition | April 20, 2023 |
| Motion for Correction | April 13, 2023 |
| Final Presentence Report | April 6, 2023 |
| Written Objections | March 30, 2023 |
| Proposed Presentence Report | March 16, 2023 |

6. United States Probation Officer Janice Slusarenko joins in the requested continuance.

**IT IS SO STIPULATED.**

Dated: February 1, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

Dated: February 1, 2023

/s/ David P. Foos
DAVID P. FOOS
Counsel for Defendant
Rodrigo Malibiran

## ORDER

Having considered the parties' stipulation, the Court adopts it as its order.

IT IS SO ORDERED this 2nd day of February, 2023.

Troy L. Nunley
United States District Judge