DAVID FOOS (SBN 083430)
FOOS GAVIN LAW FIRM, P.C.
3947 Lennane Drive, Suite 120
Sacramento, California 95834
T:  916-779-3500
F:  916-779-3508
E:  david@foosgavinlaw.com

Attorney for Defendant
RODRIGO MALIBIRAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>           v.<br><br>RODRIGO MALIBIRAN,<br><br>                     Defendant. | CASE NO.  2:22-cr-222 TLN<br><br>STIPULATION AND ORDER REGARDING PERMISSION FOR DEFENDANT TO TRAVEL TO THE PHILIPPINES<br><br>COURT: Hon. Troy L. Nunley |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1.  On April 27, 2023, this Honorable Court sentenced Mr. Malibiran, on placed him on one year of probation.

2.  Defendant, Rodrigo Malibiran's mother, Nenita Malibiran, passed away on May 6, 2023.  As a result, funeral services have been planned in the Philippines. In addition, Mr. Malibiran must travel to the Philippines to settle the affairs of his mother's estate.

3.   As such, Mr. Malibiran requests permission to travel to the Philippines, leaving on May 12th or May 13th, 2023; and returning May 31, 2023.  While in the Philippines, Mr. Malibiran will reside at 14 E. Aguinaldo St., Olongapo, Philippines.

///

**IT IS SO STIPULATED.**

Dated: May 9, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Matthew Thuesen
MATTHEW THUESEN
Assistant United States Attorney

Dated: May 9, 2023

/s/ David P. Foos
DAVID P. FOOS
Counsel for Defendant
Rodrigo Malibiran

## ORDER

Having considered the parties' stipulation, the Court adopts it as its order.

IT IS SO ORDERED this 9th day of May, 2023

Troy L. Nunley
United States District Judge